UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 12-10633-JLT

MARK CREAN,
    Plaintiff,

v.

TOWN OF STOUGHTON, POLICE
CHIEF THOMAS MURPHY, PAUL L.
WILLIAMS, JOSEPH DESOUSA, KEVIN
LIMA and Other Yet To Be Named
Officers of the Stoughton Police Department,
    Defendants.

## DEFENDANTS' MOTION FOR AN ORDER COMPELLING DISCOVERY

Now come the defendants in the above-entitled matter and move the Honorable Court to order the plaintiff to attend his deposition on or before the deadline for the completion of discovery (October 31, 2013) as set by the Court by order of May 13, 2013.(Document No. 24).

As reasons therefore, counsel for the plaintiff withdrew on May 10, 2013 (Document No. 22).  Since then, no new attorney has entered an appearance and upon information and belief, the plaintiff Crean was arrested on new unrelated charges and his whereabouts is unknown.

On August 13, 2013, the defendant served the plaintiff at his last known address, 75 McCormick Terrace, Stoughton, MA 02072 with a letter and a Re-Notice of Taking his deposition scheduled for August 22, 2013.  (A copy of the Re-Notice of Deposition and the return mail envelope is attached herewith).

1

As of the date of this motion, there has been no communication from plaintiff nor did the plaintiff appear at counsel's law office for a deposition on August 22, 2013.

Wherefore, the defendants move the Court, pursuant to F.R.C.P. Rule 37, to order either that the plaintiff attend a deposition on or before the discovery deadline of October 31, 2013 or, in the event that the plaintiff fails to respond or attend the deposition, that the Complaint be dismissed.

The counsel for the defendants hereby certifies that he made attempts in good faith to contact the plaintiff just prior to his withdrawal on May 2, 2013, asking prior to counsel to forward the Notice of Taking Deposition (which was at that time scheduled for May 13, 2013) to the plaintiff or whoever he may believe would be entering an appearance for the plaintiff as new counsel.  Undersigned counsel never heard from anyone and then forwarded the correspondence with the Re-Notice of Taking Deposition for August 22, 2013 to the plaintiff himself at his last address which was returned by the Post Office.

The defendants request the relief sought, i.e., an order for the plaintiff to appear or dismissal of the complaint, as it has made a good faith effort to attempt to take the plaintiff's deposition prior to the deadline and does not want to appear on the next status conference scheduled for November 5, 2013 without having made every effort to compel the plaintiff to attend his deposition.

WHEREFORE, the defendants respectfully request an order that the plaintiff be compelled to attend a deposition noticed prior to October 31, 2013 and if said plaintiff does not attend, that the Court will entertain a motion to dismiss the complaint with prejudice.

                                        Defendants,
                                        By their attorneys,

/s/  Bradford N. Louison
Douglas I. Louison   (BBO# 545191)
Bradford N. Louison (BBO#305755)
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Fourth Floor
Boston, MA 02110
dlouison@lccplaw.com
blouison@lccplaw.com
(617) 439-0305

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on

Dated:  August 26, 2013                              /s/ Bradford N. Louison
                                                                 Bradford N. Louison